UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN PARKS,<br>　　　　Petitioner<br>　　v.<br>FELICIA PONCE,<br>　　　　Respondent. | Case No. CV 17-7202-PSG (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Plaintiff's Motion To Dismiss This Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 1/10/18 .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE